

U.S. Department of Justice

United States Attorney
Eastern District of New York

LKG
F. #2015R00377

271 Cadman Plaza East
Brooklyn, New York 11201

February 1, 2016

By ECF

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Abdulkarim Altareb
               Criminal Docket 15-142 (RRM)

Dear Judge Mauskopf:

      The government writes to respectfully request an immediate status conference on the above-captioned case. As of now, there is no future court date scheduled. And, time has been running for the purposes of the Speedy Trial Act since January 21, 2016.

      By way of background, the government received a call from the Court's law clerk on January 20, 2016, cancelling the January 21, 2016 status conference. The government conveyed the cancellation to defense counsel. The parties are now awaiting a new status conference date.

      Defense counsel "remain[s] silent" on whether time should be excluded from January 21, 2016 until the date when the Court sets the next status conference. The parties are engaged in ongoing plea negotiations that may resolve the case. In the event the negotiations fall short, defense counsel indicates that he would prefer to try this case in April 2016, assuming that time frame is acceptable to the Court.

For all of the detailed reasons set forth on the record at the last status conference held on December 17, 2015, the government respectfully requests that the Court enter an Order of Excludable Delay, pursuant to 18 U.S.C. § 3161, from January 21, 2016 until the date when the Court sets the next status conference because an exclusion of time is in the interests of justice.

                                                Respectfully submitted,

                                                ROBERT L. CAPERS
                                                United States Attorney

                                By:    /s/ Lindsay K. Gerdes
                                                Lindsay K. Gerdes
                                                Assistant U.S. Attorney
                                                (718) 254-6155

cc:      Counsel of record (by ECF)
           Clerk of Court (RRM) (by ECF)